Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  17−34965−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shannon D. Munn
   1031 Lynwood Lane
   Somerdale, NJ 08083

Social Security No.:
   xxx−xx−9226

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 3, 2021.

Dated: February 4, 2021
JAN: kvr

                                                                                Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-34965-JNP |
| Shannon D. Munn | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 04, 2021 | Form ID: plncf13 | Total Noticed: 38 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shannon D. Munn, 1031 Lynwood Lane, Somerdale, NJ 08083-2215 |
| 517224478 | + | Eos Cca, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 517224480 | + | First Premier Bank, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 517224483 | + | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 517262719 | + | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 517224484 | + | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 517269052 | + | Santander Consumer USA Inc, PO Box 961245, Fort Worth, TX 76161-0244 |
| 517224486 | + | The Money Source Inc, 500 S Broad St, Meriden, CT 06450-6755 |
| 518769519 | #+ | The Money Source Inc., KML Law Group PC, Sentry Office Plaza, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 517342237 | + | The Money Source, Inc., 500 South Broad Street, Suite 100A, Meriden, CT 06450-6755 |
| 517224487 | + | Traf Group Inc/A-1 Collections, 2297 St Hwy 33, Ste 906, Hamilton Square, NJ 08690-1717 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 04 2021 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 04 2021 21:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517337970 | + | Email/Text: g20956@att.com | Feb 04 2021 21:06:00 | AT&T Mobility II, LLC, c/o AT&T Services, Inc., Karen Cavagnaro, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2693 |
| 517224471 | + | Email/Text: bankruptcy@rentacenter.com | Feb 04 2021 21:06:00 | Acceptance Now, Attn: Bankruptcy, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 517316376 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Feb 04 2021 21:06:00 | Bridgecrest Credit Company LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| 517224472 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 04 2021 21:20:58 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517224473 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 04 2021 21:20:50 | Cardworks/CW Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 517224474 | + | Email/Text: bk.notifications@jpmchase.com | Feb 04 2021 21:04:00 | Chase Auto Finance, National Bankruptcy Dept, 201 N Central Ave Ms Az1-1191, Phoenix, AZ 85004-1071 |
| 517224475 | + | Email/Text: convergent@ebn.phinsolutions.com | Feb 04 2021 21:05:00 | Convergent Outsourcing, Inc, Po Box 9004, Renton, WA 98057-9004 |
| 517224476 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 04 2021 21:21:00 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |

Case 17-34965-JNP    Doc 45    Filed 02/06/21    Entered 02/07/21 00:16:52    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 04, 2021 | Form ID: plncf13 | Total Noticed: 38 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517224477 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Feb 04 2021 21:06:00 | DriveTime Credit Co, Attention: Bankruptcy, 4020 E Indian School Rd, Phoenix, AZ 85018-5220 |
| 517224479 | + | Email/Text: bknotice@ercbpo.com | Feb 04 2021 21:05:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 517224481 | + | Email/Text: bankruptcy@sccompanies.com | Feb 04 2021 21:06:00 | Ginnys/Swiss Colony Inc, 1112 7th Ave, Monroe, WI 53566-1364 |
| 517224482 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 04 2021 21:04:00 | Internal Revenue Service, 955 South Springfield Avenue, Bankruptcy Department, Springfield, NJ 08071 |
| 517230852 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 04 2021 21:05:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 517341092 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2021 21:21:07 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517339280 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2021 21:21:07 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517262592 | + | Email/Text: bankruptcy@sccompanies.com | Feb 04 2021 21:02:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 517341400 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 04 2021 21:22:26 | Merrick Bank, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517330297 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 04 2021 21:05:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517268515 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 04 2021 21:05:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517224485 | + | Email/Text: bankruptcy@sccompanies.com | Feb 04 2021 21:06:00 | Seventh Avenue, Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 517262591 | + | Email/Text: bankruptcy@sccompanies.com | Feb 04 2021 21:02:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 517241801 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 04 2021 21:21:13 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517862984 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Feb 04 2021 21:22:36 | Wollemi Acquisitions, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517874716 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Feb 04 2021 21:21:49 | Wollemi Acquisitions, LLC c/o AIS Portfolio Servic, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118, Wollemi Acquisitions, LLC c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517874715 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Feb 04 2021 21:22:36 | Wollemi Acquisitions, LLC c/o AIS Portfolio Servic, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | The Money Source, Inc., c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, 1581 Main Street, Suite 200, Warrington |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 04, 2021 | Form ID: plncf13 | Total Noticed: 38 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2021                        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joseph J. Rogers | on behalf of Debtor Shannon D. Munn jjresq@comcast.net jjrogers0507@gmail.com |
| Steven P. Kelly | on behalf of Creditor The Money Source Inc. skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6