**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Shannon D. Munn<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9226<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–34965–JNP | |

# Order of Discharge                                                                                              12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Shannon D. Munn

| | |
|---|---|
| <u>1/20/23</u> | **By the court:** <u>Jerrold N. Poslusny Jr.</u><br>United States Bankruptcy Judge |

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Shannon D. Munn  
    Debtor

Case No. 17-34965-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3  
Date Rcvd: Jan 20, 2023     Form ID: 3180W     Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Shannon D. Munn, 1031 Lynwood Lane, Somerdale, NJ 08083-2215 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jan 20 2023 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 20 2023 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517337970 | + EDI: CINGMIDLAND.COM | Jan 21 2023 01:34:00 | AT&T Mobility II, LLC, c/o AT&T Services, Inc., Karen Cavagnaro, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2693 |
| 517224471 | + Email/Text: bankruptcy@rentacenter.com | Jan 20 2023 20:45:00 | Acceptance Now, Attn: Bankruptcy, 5501 Headquarters Dr, Plano, TX 75024-6191 |
| 517316376 | + Email/Text: rm-bknotices@bridgecrest.com | Jan 20 2023 20:44:00 | Bridgecrest Credit Company LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| 517224472 | + EDI: CAPITALONE.COM | Jan 21 2023 01:34:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517224473 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 20 2023 20:56:42 | Cardworks/CW Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 517224475 | + EDI: CONVERGENT.COM | Jan 21 2023 01:34:00 | Convergent Outsourcing, Inc, Po Box 9004, Renton, WA 98057-9004 |
| 517224476 | + Email/PDF: creditonebknotifications@resurgent.com | Jan 20 2023 20:56:55 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517224477 | + Email/Text: rm-bknotices@bridgecrest.com | Jan 20 2023 20:44:00 | DriveTime Credit Co, Attention: Bankruptcy, 4020 E Indian School Rd, Phoenix, AZ 85018-5220 |
| 517224479 | + Email/Text: bknotice@ercbpo.com | Jan 20 2023 20:44:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 517224478 | + Email/Text: bankruptcydepartment@tsico.com | Jan 20 2023 20:45:00 | Eos Cca, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 517224480 | + EDI: AMINFOFP.COM | Jan 21 2023 01:34:00 | First Premier Bank, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 517224481 | + EDI: CBS7AVE | Jan 21 2023 01:34:00 | Ginnys/Swiss Colony Inc, 1112 7th Ave, Monroe, WI 53566-1364 |

Case 17-34965-JNP    Doc 58    Filed 01/22/23    Entered 01/23/23 00:14:28    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 20, 2023 | Form ID: 3180W | Total Noticed: 37 |

| Recipient ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 517224482 | | EDI: IRS.COM | Jan 21 2023 01:34:00 | Internal Revenue Service, 955 South Springfield Avenue, Bankruptcy Department, Springfield, NJ 08071 |
| 517230852 | | EDI: JEFFERSONCAP.COM | Jan 21 2023 01:34:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 517224474 | | EDI: JPMORGANCHASE | Jan 21 2023 01:34:00 | Chase Auto Finance, National Bankruptcy Dept, 201 N Central Ave Ms Az1-1191, Phoenix, AZ 85004 |
| 517341092 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 20 2023 20:57:08 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517339280 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 20 2023 20:56:48 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517224483 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jan 20 2023 20:44:00 | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 517262592 | + | EDI: CBSMASON | Jan 21 2023 01:34:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 517341400 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 20 2023 20:56:53 | Merrick Bank, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517330297 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 20 2023 20:44:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517268515 | + | EDI: JEFFERSONCAP.COM | Jan 21 2023 01:34:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517262719 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 20 2023 20:44:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 517224484 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 20 2023 20:44:00 | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 517269052 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 20 2023 20:44:00 | Santander Consumer USA Inc, PO Box 961245, Fort Worth, TX 76161-0244 |
| 517224485 | + | EDI: CBS7AVE | Jan 21 2023 01:34:00 | Seventh Avenue, Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 517262591 | + | EDI: CBSMASON | Jan 21 2023 01:34:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 517241801 | + | EDI: AIS.COM | Jan 21 2023 01:34:00 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517224486 | + | Email/Text: BK@servicingdivision.com | Jan 20 2023 20:44:00 | The Money Source Inc, 500 S Broad St, Meriden, CT 06450-6755 |
| 517342237 | + | Email/Text: BK@servicingdivision.com | Jan 20 2023 20:44:00 | The Money Source, Inc., 500 South Broad Street, Suite 100A, Meriden, CT 06450-6755 |
| 517224487 | + | Email/Text: mpieslak@waterfallrevenuegroup.com | Jan 20 2023 20:44:00 | Traf Group Inc/A-1 Collections, 2297 St Hwy 33, Ste 906, Hamilton Square, NJ 08690-1717 |
| 517862984 | + | EDI: AISACG.COM | Jan 21 2023 01:34:00 | Wollemi Acquisitions, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517874716 | + | EDI: AISACG.COM | Jan 21 2023 01:34:00 | Wollemi Acquisitions, LLC c/o AIS Portfolio Servic, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118, Wollemi Acquisitions, LLC c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517874715 | + | EDI: AISACG.COM | | |

| | | |
|---|---|---|
| | Jan 21 2023 01:34:00 | Wollemi Acquisitions, LLC c/o AIS Portfolio Servic, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | The Money Source, Inc., c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, 1581 Main Street, Suite 200, Warrington |
| 518769519 | ##+ | The Money Source Inc., KML Law Group PC, Sentry Office Plaza, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joseph J. Rogers | on behalf of Debtor Shannon D. Munn jjresq@comcast.net jjrogers0507@gmail.com |
| Steven P. Kelly | on behalf of Creditor The Money Source Inc. skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6